# CIVIL COVER SHEET - ATTACHMENT

**John A. Bennett**, OSB #750407
E-mail:   john.bennett@bullivant.com
**Lloyd Bernstein**, OSB #002030
E-mail:   lloyd.bernstein@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915

**Michael J. King**, (*pro hac vice pending*)
E-mail:   mking@wintersking.com
**Ted J. Nelson**, (*pro hac vice pending*)
E-mail:   tnelson@wintersking.com
WINTERS & KING, INC.
2448 E. 81st Street, Suite 5900
Tulsa, OK 74137
Telephone: 918.494.6868
Facsimile: 918.491.6297

Attorneys for Defendant Edison Evolution, LLC

4871-8616-4066.1 00098/00111

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**CIVIL COVER SHEET - ATTACHMENT**
**Page 1**