Grant T. Engrav, OSB No. 133517
Engrav Law Office, LLP
1500 SW 1st Ave, Suite 1170
Portland, OR 97201
Email: grantengrav@engravlawoffice.com
Phone: (971) 339-2737

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| EQUITASDX, LLC and SERVUSCARE LLC, both Oregon Limited Liability Companies,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>EDISON EVOLUTION, LLC, an Oklahoma limited liability company,<br><br>　　　　　　　Defendant. | Civil No.: 3:23-cv-00685-AN<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL** |

Plaintiff and Defendant hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. Dated: 7/11/2023.

　　　　　　　　　　　　　By: /s/ Grant T. Engrav
　　　　　　　　　　　　　Grant T. Engrav, OSB No. 133517
　　　　　　　　　　　　　Of Attorneys for Plaintiffs

Page 1 – Stip. Of Dismissal

1                                                 By: /s/John A. Bennet
                                                             John A. Bennett, OSB #750407
2                                                              Of Attorneys for Defendant

**Order of Dismissal**

3

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS
4 ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as
to all claims, causes of action, and parties, with each party bearing that party's own attorney's
5 fees and costs. The Clerk is directed to close the file.

6 Dated: July 12, 2023

7

8                                                             _/s/_____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Page 2 – Stip. Of Dismissal

**ENGRAV LAW OFFICE, LLP**
1500 SW FIRST AVENUE, SUITE 1170
PORTLAND, OR 97201
TELEPHONE: (971) 339-2741
FAX: (971) 275-1218